# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**, | § |
| *Plaintiff*, | § § § |
| v. | § § |
| **BLUEGRASS LENDING GROUP, INC.** and **THADDEUS HUNTER VOSS**, | § § § § EP-22-CV-00317-DCG |
| *Defendants*. | § |

## ORDER DISMISSING CASE

Plaintiff Brandon Callier and Defendants Bluegrass Lending Group, Inc. and Thaddeus Hunter Voss have filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Stipulation Dismissal, ECF No. 25.  Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Brandon Callier in this action against Defendants Bluegrass Lending Group, Inc. and Thaddeus Hunter Voss **WITH PREJUDICE**.

The Court **CLOSES** this case.

**So ORDERED and SIGNED this 23rd day of June 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**